# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  **Criminal No. 20-283** |
| | ) |
| **DONDI SEARCY, JR.** | ) |

## ORDER ON ORAL MOTION TO CONSOLIDATE

AND NOW, this 31st day of August 2021, it is hereby ORDERED that Defendant Dondi Searcy's Jr.'s July 12, 2021 Oral Motion (*see* ECF No. 21) to Consolidate for Trial Criminal Action No. 20-283 with Criminal Action No. 19-135 is GRANTED in part and DENIED in part.

The Motion is DENIED in that trial of Criminal Action No. 20-283 will not be consolidated with trial of Criminal Action No. 19-135, which is currently set to begin with the selection of a jury on December 6, 2021.

The Motion is GRANTED to the extent that Criminal Action No. 20-283 will be tried immediately after verdicts are rendered in Criminal Action No. 190-135 and will be tried before the same jury selected on December 6, 2021.

Accordingly, an Order Setting Jury Trial for Criminal No. 20-283, to be tried after the conclusion of trial in Criminal Action No. 19-135, will be entered.

BY THE COURT:

*s/Marilyn J. Horan*
Marilyn J. Horan
United States District Judge